IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE: Bolling, Anthony G

Printed: 03/10/09

Case Number: 08 B 24410
Judge: Squires, John H
Filed: 9/15/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Ch 7 Conversion: December 31, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 11,549.60 |  |
| Secured: |  | 360.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,383.06 |
| Trustee Fee: |  | 193.84 |
| Other Funds: |  | 8,612.70 |
| Totals: | 11,549.60 | 11,549.60 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Timothy K Liou | Administrative | 2,383.06 | 2,383.06 |
| 2. | Barclays Capital Real Estate | Secured | 0.00 | 0.00 |
| 3. | Village of Maywood | Secured | 360.00 | 360.00 |
| 4. | Barclays Capital Real Estate | Secured | 43,755.93 | 0.00 |
| 5. | Commonwealth Edison | Unsecured | 11.52 | 0.00 |
| 6. | Peoples Energy Corp | Unsecured | 49.76 | 0.00 |
| 7. | PRA Receivables Management | Unsecured | 478.99 | 0.00 |
| 8. | Drs Bonded Collection | Unsecured |  | No Claim Filed |
| 9. | CB USA Sears | Unsecured |  | No Claim Filed |
| 10. | Chicago Rehab Services | Unsecured |  | No Claim Filed |
| 11. | Dependon Collections Service | Unsecured |  | No Claim Filed |
| 12. | Fncc | Unsecured |  | No Claim Filed |
| 13. | Nicor Gas | Unsecured |  | No Claim Filed |
| 14. | Dependon Collections Service | Unsecured |  | No Claim Filed |
| 15. | Drs Bonded Collection | Unsecured |  | No Claim Filed |
| 16. | Mid America Federal Savings Bank | Unsecured |  | No Claim Filed |
| 17. | State Farm Insurance Co | Unsecured |  | No Claim Filed |
| 18. | Nuvell Credit Company LLC | Unsecured |  | No Claim Filed |
| 19. | Affiliated Accep Crop | Unsecured |  | No Claim Filed |
| 20. | Drs Bonded Collection | Unsecured |  | No Claim Filed |
| 21. | Statewide Credit Assn., Inc. | Unsecured |  | No Claim Filed |
| 22. | First National Credit Card | Unsecured |  | No Claim Filed |
| 23. | United Collection Bureau Inc | Unsecured |  | No Claim Filed |
| 24. | Verizon Wireless | Unsecured |  | No Claim Filed |
|  |  |  | $ 47,039.26 | $ 2,743.06 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Bolling, Anthony G | Case Number: 08 B 24410 |
| | Judge: Squires, John H |
| Printed: 03/10/09 | Filed: 9/15/08 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.6% | 193.84 |
| | $ 193.84 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

*/s/ Mack*